# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DERRICK GERARD WARNER            PLAINTIFF

v.            No. 5:19-cv-72-DPM

RONNIE SMITH, Worker,            DEFENDANTS
Dallas County Detention Center,
and MIKE RHODES, Officer,
Fordyce Police Department

## ORDER

Warner hasn't filed a completed *in forma pauperis* application; instead, his mail is being returned undelivered. № 6 & № 7. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 March 2019