IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DERRICK GERARD WARNER**                 **PLAINTIFF**

v.                 No. 5:19-cv-72-DPM

**RONNIE SMITH, Worker,**                 **DEFENDANTS**
**Dallas County Detention Center,**
**and MIKE RHODES, Officer,**
**Fordyce Police Department**

## JUDGMENT

Warner's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 March 2019